No. 74–1600. SALONE *v.* UNITED STATES ET AL. C. A. 10th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Chandler* v. *Roudebush,* 425 U. S. 840 (1976).

No. A–920 (75–1482). GEISHA HOUSE, INC. *v.* CULLINANE, CHIEF, DISTRICT OF COLUMBIA POLICE DEPARTMENT, ET AL. Ct. App. D. C. Application for stay of execution and enforcement of judgment, presented to MR. JUSTICE BRENNAN, and by him referred to the Court, denied.

No. A–1009. CROW DOG *v.* UNITED STATES. Application for stay of execution and enforcement of mandate of the United States Court of Appeals for the Eighth Circuit, presented to MR. JUSTICE BLACKMUN, and by him referred to the Court, denied.

No. A–1052. GROSS *v.* UNITED STATES. Application for stay of execution and enforcement of judgment of conviction in United States District Court for the District of New Jersey, presented to MR. JUSTICE BRENNAN, and by him referred to the Court, denied.